ACCEPTED
03-14-00552-CV
5144028
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 4:12:59 PM
JEFFREY D. KYLE
CLERK



May 4, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 4:12:59 PM
JEFFREY D. KYLE
Clerk

*via efiling*
Jeffery D. Kyle, Clerk
Third Court of Appeals
Price Daniel Sr. Building
209 W. 14th Street, Room 101
Austin, Texas 78701

RE:     Appeal No. 03-14-00552-CV; Trial Court Cause No. D-1-GN-14-000568; *Raghunath Dass, P.E. v. Texas Board of Professional Engineers*; In the Third Judicial District Court of Appeals, Austin, Texas.

Dear Mr. Kyle:

This letter is written to notify the Court and all parties of record that I will be on vacation beginning June 19 through June 29, 2015. Please do not schedule any hearings or other deadlines in the above-referenced cause during this period of time.

By copy of this letter via efiling, all parties of record have been notified. Thank you for your attention to this matter and usual courtesies in this regard.

Respectfully,

/s/Jennifer L. Hopgood
JENNIFER L. HOPGOOD
Assistant Attorney General
Administrative Law Division
P.O. Box 12548
Austin, TX 78711-2548
Phone (512) 936-1660; Fax (512) 320-0167
jennifer.hopgood@texasattorneygeneral.gov
ATTORNEY FOR TEXAS BOARD OF
PROFESSIONAL ENGINEERS

cc: Counsel/Parties of Record